IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PENTON,

        Plaintiff,                    No. 2:11-cv-3319 KJN P

   vs.

J. WALKER, et al.,

        Defendants.            ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

       By order filed March 28, 2012, plaintiff's claims against defendants Walker, Craig, and Donnelly were dismissed with leave to amend, and service was found appropriate for the remaining defendants. Plaintiff was granted the opportunity to attempt to amend to allege cognizable civil rights claims against defendants Walker, Craig, and Donnelly, and delay service of process, or plaintiff could proceed as to the remaining defendants. On April 23, 2012, plaintiff filed the notice of election and submission of documents, electing to proceed against the remaining defendants only, and consenting to the dismissal of defendants Walker, Craig, and Donnelly without prejudice. (Dkt. No. 9.) Thus, plaintiff's request shall be honored.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendants Walker, Craig, and Donnelly are dismissed without prejudice.

DATED: May 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pent3319.dsm