1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **ANTHONY PENTON,**

Case No. 2:11-cv-03319 TLN KJN P

12 Plaintiff,

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE**

13 **v.**

14

15 **HUBER, et al.,**

16 Defendants.

17

18     Defendant's request to conduct Plaintiff Anthony Penton's (P-73663) deposition via

19 videoconference is granted.  Nothing in this Order shall be interpreted as requiring the institution

20 in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

21 Dated:  September 18, 2013

22

23 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1