IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY PENTON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HUBER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-cv-03319 TLN KJN P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE** |

Defendant's request to conduct Plaintiff Anthony Penton's (P-73663) deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: September 18, 2013

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE