IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>HUBER, et al.,<br><br>                    Defendants. | Case No. 2:11-cv-03319 TLN KJN<br><br>ORDER |

On July 14, 2014, Defendant Sims filed a motion to modify the dispositive motion deadline on the grounds that defendant Sims' motion for summary judgment for failure to exhaust is pending and such motion would dispose of the only remaining claim in the action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion (ECF No. 67) is granted.

2. If defendant Sims' motion for summary judgment is denied, the parties are granted twenty-one days from the date the district court denies defendant's motion for summary judgment to file any dispositive motions.

Dated:  July 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent3319.ext